FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 18 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2022 NOV 18 A 10:01
TAMMY H. DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

*CLASS ACTION*

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS**

_____*CENTRAL*_____ DIVISION

CASE NO. _4:22-cv-895-JM-ERE_
_896-942_
_+ additional_

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

4:22-cv-01167-JM-ERE

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Paul Criswell_
PLRDF ADC # _253807_

Address: _3201 W Roosevelt Rd, Little Rock, AR 72204_

Name of plaintiff: _Jeffrey McEuen_
ADC # _188650_

Address: _329 W. Roosevelt Rd Little Rock, AR 72204_

Name of plaintiff: _Incorporate all Names listed Here with on Pages 4a-d_
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _(FNU) Higgins_

Position: _Sheriff_

Place of employment: _Pulaski County_

Address: _3201 W. Roosevelt Rd, LR, AR 72204_

Name of defendant: _(FNU) Calvin_

Position: _Captain_

This case assigned to District Judge **Moody**
-4a and to Magistrate Judge **Ervin**

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 USC § 1983
CLASS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-8__ to ____ JM-FRE

## I. Parties

Please add the following names to the complaint "Filed" Sep 28, 2022, and Incorporate all issues presented and attached.

| # | Name | PLRDF # | Signature |
|---|---|---|---|
| A | | | |
| 47 | James B. McFarlin | 155106 | [signed] |
| 48 | Keith Hirtley | 149082 | Keith Hirtley |
| 49 | Harley Marsh | 266000 | Harley M |
| 50 | Leon George Williams | 156155 | Leon George Williams |
| 51 | Aaron T. Dillard | 253807 | Aaron T. Dillard |
| 52 | Travis D. Clary | 157909 | Tis Clary |
| 53 | Keyshawn Crook | 28105 | Keyshawn Crook |
| 54 | Brandon Coffey | 250948 | Brandon Coffey |
| 55 | Rodael Smith | 173224 | Rodney Smith |
| | Mulveu Vinson | 263901 | H. Vinson |
| | Sam Edwards | 254600 | Sam Edwards |
| | Scotty McClina | 84987 | Scotty McClina |
| | Travis Brown | 108643 | [signed] |
| 60 | Maurice Williamson | 110224 | Maurice Williams |
| | Michael Ellis | 105770 | M.E. |
| | Nikisha Jackson | 97517 | Nikisha Jackson |
| | Richard O Smith | 80625 | Richard O Smith |
| | James Edwin Allen | 54167 | James Edwin Allen |
| 65 | Frankie Webb | 253060 | Frankie Webb |
| | Clay Reiney | 256298 | Clay Reiney |
| | Ross Howard | 1837 | Ross Howard |
| | [Kinneth Hall] | 400713 | [signed] |
| 68 | Demitrue Williams | 163415 | Demitrue Williams |

Continued on P.2

B  Name of defendant __Higgins (FNU)__

   Position __Sheriff__

P. 4 of

| Name | ADC/RDF# | Signature |
|---|---|---|
| Larrymon Coak | 218339 | Larry M[...] |
| Kevin Lemons | 115308 | Kevin Lyn[...] |
| Patrik Arnett | 251024 | Patrick A[...] |
| Aaron Cromwell | 261446 | [...] |
| Donnell Jackson Jr | 255465 | Donnell Jackson Jr |
| Lonnie Boss | 54290 | Lonnie Boss |
| LAMARCUS Strong | 155893 | L.S. |
| Micheal Dale Graham | 255664 | Mich Dal[...] |
| Robert Battles | 144148 | Robert Battles |
| JAMES JACKSON | 251009 | Jim J[...] |
| Christopher McDonald | 61544 | Christopher M[...] |
| Je'Marius Johnson | 255851 | DeMa[...] |
| Johnathan D Taylor | 264646 | [...] |
| LaRon Evans | 259680 | LaRon Evans |
| Steven Baker | 206964 | Steven B[...] |
| Darron Deauan Morgan | 250824 | Darron Deauan Morgan |
| Decurius Shelton | 250955 | Decurius Shelton |
| Verna Dean Butler | 68869 | Verna Butler |
| Quinton Lamar Simmons | 195811 | [...] |
| Damien Ingram | 253592 | Damian Ingram |
| Ryan Butler | 251639 | Ryan B[...] |
| 90 Christopher Harrell | 195975 | Chris Harrell |
| Bruce Sanford | 258828 | Bruce Sanford |
| Steven Pilgrim | 121496 | Steven Pilgrim |
| Kentya D. Rich | 113029 | Kentya Rich |
| Lavar White | 178114 | Lavar white |
| Linsel Hill Jr | 900715 | L. Jeff[...] |
| Jake Small | 111117 | [...] |
| Anthony Miller | 138227 | Anth Mill[...] |
| 97 Willie Townsend | 217939 | Willie Townsend |

P. 2: 4c

| # | Name | Book In Number | Signature |
|---|---|---|---|
| 1 | Marcus Washington | 149540 | Marcus L. Washington |
| 2 | Anthony Miller | 138227 | Anthony Miller |
| 3 | Willie Williams | 00289-22 | Willie Williams |
| 4 | Andrew Alexander | 101590 | Andrew Alexander |
| 5 | Revis Perry | 158631 | No sig |
| 6 | Wardell Woods | 167937 | Wardell Woods |
| 7 | Bryan Carroll | 261346 | Bryan Carroll |
| 8 | Aaron Bettger | 208526 | [signature] |
| 9 | Tracey Cottrell | 172289 | Tracy Cottrell |
| 10 | Santiago Pachaco | 217675 | Santiago Pacheco |
| 11 | Bralyn Gaines | 200625 | Braly Gaines |
| 12 | Pedro Ramirez | 215422 | Pedro Ramirez |
| 13 | Derrick Frazier | 215438 | [signature] |
| 14 | Robinson, Joshua | 9737 | [signature] |
| 15 | Mychel Walter | 180554 | Mychel Walter |
| 16 | Derek Edwards | 265307 | Derek Edwards |
| 17 | Ronald Timothy Johnson | 257664 | Ronald Timothy Johnson Sr |
| 18 | Calvin T. Everhart Jr | 215678 | Calvin T. Everhart Jr. |
| 19 | Rudolph Eagle | 881708 | Rudolph Eagle Jr |
| 20 | Juaquawn Seals | 261947 | [signature] |
| 21 | Bradley McNeely | 161126 | Bradley McNeely |
| 22 | Juan Contreras | 265368 | |
| 23 | Gerald Sanders | 8700108 | Gerald Sanders |
| 24 | James Trice | 72292 | James Trice |
| 25 | Alan Thompson | 265410 | Alan Thompson |
| 26 | Travon Rae | 10503 | Travon Rae |
| 27 | Justin Brown | 126851 | Justin B |
| 28 | Aaron Bell | 252918 | Aaron Bell |
| 29 | Tomlin Neace | 128696 | Tomlin Neace |
| 30 | Brandon Palmer | 264875 | Brandon Palmer |
| 31 | Derrick Allen Ross | 167800 | Derrick A. Ross |
| 32 | Faizaun Tyler | 256816 265816 | Faizaun Tyler |
| 33 | Wilbur Brown Jr | 102214 | Wilbur Brown Jr. |
| 34 | Germaine Tilman | 187445 | Germaine Tilman |
| 35 | Tayquan Meredith | 212373 | Tayquan M |
| 36 | Carlton Johnson | 213201 | Carlton Ja |
| 37 | Keri Hickey | 215731 | Keri Hickey |
| 38 | Christopher Gilliam | 256129 | Christopher Gilliam |
| 39 | Kaleem Barnes | 264581 | Kaleem Barnes |
| 40 | Ty Clement | 264681 | Ty Clement |
| 41 | John Wesley Smith | 127128 | [signature] |
| 42 | Jeremiah McDaniel | 250201 | Jeremiah McDaniel |
| 43 | Jeremiah McDaniel | 250201 | [signature] |
| 44 | Adam Webb | 202302 | [signature] |
| 45 | Edward Arnel Harper | 153914 | [signature] |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |

Page 4d

Sgt (FNU) Mathis    Lt (LNU) ALLEN    (Angie LNU: Mailroom) (Trinity Food Service Deary Brown)
Sgt (FNU) Mussalini (sp)
Major (FNU) Thompson
Sgt (FNU) Lattimore
Sgt (FNU) Hunter
Deputy (FNU) Horton
Deputy (FNU) Patello
Deputy (FNU) Husky
Deputy (FNU) Jackson
Lt (FNU) Nelson
Major (FNU) Rose
Chief (FNU) Henbrise
Depty (FNU) Herron
Deputy (FNU) Harrison
Sgt (FNU) Yakimoviez
Deputy (FNU) Reed
Deputy (FNU) Marshall
Deputy (FNU) Jones
Deputy (FNU) ARCE
Deputy (FNU) Jackson Ms
Deputy (FNU) Calloway
Deputy (FNU) Stowell
Deputy (FNU) Whitly

Place of employment: Pulaski County Detention Facility

Address: 3201 Roosevelt Rd, LR AR 72204

Name of defendant: M (FNU) Thompson

Position: Major

Place of employment: PCRDF

Address: 3201 W Roosevelt Rd, LR, AR 72204

Name of defendant: Unknown Deputies (DOES)

Position: Housing Unit Officers Deputys

Place of employment: PCRDF

Address: 3201 W Roosevelt Rd, LR AR 72204

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___    No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Inmate Handbook - the Inmates "are Entitled to Humane treatment".

1.) Rule 4 "Inmates are required to Shower Daily" On Page 12 Handbook "You will be allowed at least one [1] hour of Out-of-cell recreation daily." "Code 2a Facilities" Stops all Recreation/Movement/Showers/No out of Cell Exercise/ Nothing but sitting in cell or on bunk. 20 days in June / 16 day July / 15 August / 16 / Sept. The deputies are told not to let anyone out of cells/off bunks FED R.Cv.P 20(a)(2) This is an occurrence throughout the Facility where every is under the same Restr.

2.) Religious Services - New Policy - unwritten - enforce by directive that No gathering even if for Religious. Officers are instructed to disburse. This occurrence is throughout the Facility which constitutes series of occurances each time I and others gather to conduct Religious activities. Common Practice

3.) Mail - Inmate Handbook, P.12, "is an established right" under Mail Regulations "important for maintaining order within the Facility." No Mail is allowed to enter the Facility; including Religious, legal materials. This is a series of trans- actions and continued occurances to all defendants common to single Mailroom returning all mail or disposing (meaning some mail not given to me or others individuals nor returned common to all) even if that mail simply contains a Money Order where the money disappears.

[left margin:] All My Notes on specific days where thrown at Helen in Shakedown 10/28/22 @ 3:30 pm: I had Made Notes on Newspaper when writing Paper was unavailable.

[left margin lower:] Here the Occurance of Mail is common to all defendants. Hence the Injunctive relief for Notice of Return mail at which The decision to dispose of being up to Inmate Policy division

-7a-

Screening:

Rule 23. Class Actions

a) Prerequisites. One or more members of a class may sue or be sued as representative parties on behalf of all members only if:

1) the class is so numerous that joinder of all members is impracticable; Here the actions of the Administration Officers Behind Closed doors initiate violation of Civil Rights throughout the facility where everyone becomes a party to the same transaction caused by the "Lockdown" mode of the Jail,

2) There are questions of law or fact common to the class: Due Process, Eighth Amendment Cruel + Unusual Punishment by denial of Recreation,* First Amendment Collision

3) the claims of the representative parties are typical of the claims of the class: Everyone is effected by the conduct of Administration Actions not individual to specific Officers when Officers carry out instructive decisions imposed by Superiors.

4) the representative parties will fairly and adequately be protected by the representative interested parties of the class

b) Class Action maybe maintained if Rule 23(a) is satisfied and if:

1) Here the prosecuting separate actions by or against individual class members would create risk of:

A) Inconsistent and varying adjudications with respect to individual class members that would establish standards of conduct for the party opposing the class

B) With respect to individual class members that interest would be substantially impaired or impeded in protecting other members individual adjudications

2) The injunctive relief requested of the opposing party apply generally to the class as a whole

3) The questions of law or fact are common to class that predominate over any questions affecting only individual members and class action is the Superior method for fairly and efficiently adjudicating the controversies presented. Pertinent matters to these findings include.

A) Class members' interest in individually controlling the prosecution is of efficiently controlling court time

B) No litigation has begun to warrant against class Members

C) This Honorable court should desire the concentration of Litigation to be under A CLASS Action Forum

D) The difficulties in management of this class are grasped in Actions/Inactions, Failures/No Action and Clear Evil Practices of Administration of daily activities within the Jail Facilities

*Recreation is considered Time away from bunk sleeping quarters or cell confinement whether that time is inside or outside. The honorable Moody suggest Mr. Criswell was referring to Outside Recreation and a review of the original Complaint DOES NOT Address the indication of OUTSIDE. IBID

-7 b-

Screening Continued!

1) a. Eighth Amendment - Cruel & Unusual Punishment - Living Quarters 45' x 48' containing 78 inmates. National Jail Standards require 50 square feet per inmate. National Jail Standards require 50-55 square feet per inmate. The Plaintiff plus 97 individuals who have signed with him all live in this living environment where Tensions are high, Fights break out, safety of all individuals are in jeopardy.
Code 2A - Means the facility is shutdown — No Recreation — Behind the doors Are locked. Food brought to door the officer is unknown - 24 beds per tier - 24 hours in a day - 1 hour out for each inmate in a locked Secure Sub-day room for use in a minimal movement. But Duty Officers do not exercise the use. The deputy leaves everyone throughout the Facility locked behind doors depriving Supreme Court decisions for 23 and 1. Instead Everyone remains behind the cell doors up to and over 150 hours, with NO RECREATION. The deputies listed on page 4 & 5 have not provided the required 1 hour recreation.

b. Cruel and Unusual - Food - Rats - Roaches - Spoiled Meat - Bacteria - Mold - all in the kitchen. The food can not be eaten. When it is ate - Stomach viruses occur continuously. Everyone hear has had it over and over again. This causes Rapid weight loss - starvation - Slow Death. Everyone is subjected to eating this Food containing Bacteria, Rat defecation, Roaches, and the workers serve food Freezer burnt and outdated. Things that can be brought to light under interrogatories. The deputies listed on Page 4 & 5 have each served food required to eat knowing each of rats, roaches, mold and Bacteria is in the Food.

2) The Sheriff issued a Policy that inmates/Detainees can not gather in a group even if for Religious services. The deputies listed on page 4 and 5 have each stopped all individuals listed from gathering together for a religious meeting. I and we have been told not to practice any religious services; by the deputies listed.

3.) a. Code 2A - Means facility is shutdown from Movement - When This occurs, inmates are locked behind doors where no showers are available in cells - Listed in section 1 of this pase.
b. Outdoor recreation is not available not at issue. Whomever read initial Complaint is MISTAKEN and needs to re-read complaint and Identify where the word Outside/out doors used: The word outdoor is used in the natural meaning of not inside the confines of the facility.
c. Mail is Not Allowed to be mailed to the Facility unless it comes from the Court.
d. There is no Law Library available here; it is closed.

4.) I was pinned between 2 cars crushing my legs. I stood before this very court in my leg braces. I receive a mild pain killer, Ibuprophen 800 milligram - to ease that Plus torn rotator Right arm, Right hand; Medical Staff Charge 5.00 for 10 pill 200 milligram Ibuprophen had other Inmates medication Runs out prescription and it is noted Refusal; OR Lights out at 9:30pm when Medical Staff comes around and Does not wake up for medication stating I refused when asleep as ordered by Rules/Policy.

~ 7c ~

5) How has each guard directly affected me in their individual acts: The intake officers Names unknown (I had no way to write down names) housed me in a room* with 15 other individuals for 5 days, no recreation, no showers, no change of clothes.

6) Taken to C Unit in a Sub-day* room cell with another individual; room 114. Then officers locked the door; for 11 days officers on 3 shifts did not allow me or any inmate out of the cell because Facilities 2A(a). I had no pen, pencil, paper to write the names of officers. I was allowed out for 4 days then placed back in cell for 14 days with no recreation when on both occasions the Sub-day room could have been utilized. Deputys; Horton, Marshall, Stovall, Callaway, Jackson, ALLIE, Jones, Reed, Harrison, Herron, Jackson, Husky, Petello, Hunter did not allow the (1) one hour recreation time out of the cell to shower. cells. The deputies stated upon conferring* with them verbally; being told it is the Shift Lieutenant; Nelson; Yakimoviez; Lattimore; ALLEN. The orders are carried out by Sargents; Messiday; Hunter; Nelson; Lattimore. When Major Thompson came to Unit I requested to speak with him about Recreation, Mail, Showers and thing(s) listed above; He walked off. On October 3, 2022 @ 2:30pm Sheriff Higgin and I conferred in W1-1 for 30 minutes about Issues presented above He stated he would look into it with no changes implemented. Therefore, I have been through the administrative process to Sheriff Higgins. I and others are getting sick, loosing weight from starvation, causing fights over food, locked in cells not getting showers, recreational* time, ~~Captain~~ Major Rose ordered Chief Hendrix to not allow Religous Services; Policy undocumented and there is No regulation to record outgoing legal mail; No certification or Return Receipt available to track mail and under Rule 23 Federal Rules Civil Procedure everyone is affected by the same actions of single occurance Mandating the Class Action.

Incorporate the initial Filing to this Amended Complaint and Incorporate Relief Sought: And all Names and signatures herewith

* Room is 12x12 not quite square but average
* Sub-day is an area where Showers are located 15x12 with a table that can be locked and seperated
* Inmate Handbook Rules Page 24 "GRIEVANCE PROCEDURE" 4 steps..., "(1)
# Recreational time is time out of cells or out of bunk areas to exercise or walk; To move about other than the 5'x3' area assigned as living Quarters.

-7d-

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Injunctive: Kitchen to have brought up to Arkansas Jail Standards on serving temperature, Clean Food Prep Area, remove filth to remove rodent Breading, exterminate Roaches Ants Rodents, Reduce inmate population to safer level allowing Kitchen to maintain proper serving count. Hire licensed Hazardous Material and Environmental Company to remove black Mold. Look in to the Medical Services Provider for humane treatment of Inmates and investigate recent death in the intake unit along with the falsification of Medical records, Look into failure to provide Personal Protect Equipment for inmates cleaning mold. Have Structural Engineer to look at Building structural Damage/Cracks, Have inmates currently Housed at Pulaski County Regional Detention facility medically examined for injuries due to Mold and the long term effects of exposure and future Harm. cause by its continued exposure $1,000 each to inmates currently housed and forced to endure the extreme conditions subjected here at PCRDF.

Provide a Law Library at <u>NO COST</u> To the inmate population

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of Sepember, 2022.

_Paul Caswell_
_Chris Guiding_

Signature(s) of plaintiff(s)

-8-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunctive Relief: Kitchen brought up to Arkansas Jail Standards/serving temperature/calorie count Clean Food Prep Area/Remove filth. Find de Facto Facilities or modify to allow (1) hour of recreation per day/Develop a Mail Log System to record out going Legal Mail/ 1,000 per violation when found Inmates rights violated, Provide a Law Library at no cost to inmate population

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _14_ day of _November_, 20 _22_.

_Paul Crowell_
_W___ C. B___ Jr._
_Wilbur Brown_
_Hill Mire_
_Jeffrey McEwen_
Signature(s) of plaintiff(s)

-8-

Carl Crenell 250807
3301 W Roosevelt
Little Rock AR 72204

 

US POSTAGE
$00.81º
First-Class
Mailed From 72204
11/15/2022
032A 0061864891

Clerk of the Court
United States District Courthouse
Eastern District of Arkansas
Central Division
Suite A149
600 W. Capitol Ave
Little Rock AR 72201-3325